KINMONTH, PRUYN and JACOBS, Js., participated in this decision.

STATE OF CONNECTICUT *v.* ALEXANDER J. VASEL

APPELLATE DIVISION OF THE CIRCUIT COURT

FILE NO. MV 16-3886

Argued November 30, 1962—decided February 28, 1963

*James N. Egan,* of Hartford, for the appellant (defendant).

*Richard P. Heffernan,* prosecuting attorney, for the appellee (state).

PER CURIAM. The defendant was found guilty of operating an automobile while under the influence of intoxicating liquor (General Statutes § 14-227) and has appealed from the judgment rendered, assigning as error that he was not, upon all the evidence, guilty beyond a reasonable doubt, and that

the judgment was contrary to law and against the evidence.

There was no request for a finding of facts and no finding was made. See Cir. Ct. Rule 7.31.1. A transcript of the evidence was presented for the purpose of this appeal.

The defendant did not file a brief in accordance with Circuit Court Rule 7.45.1. No claim of error, not presented in a written brief duly filed, need be considered. Cir. Ct. Rule 7.47.3. The defendant having failed to file a brief, the appeal is dismissed.

There is no error.

KINMONTH, DEARINGTON and JACOBS, Js., participated in this decision.